UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RENE VELA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00326-MPB-MKK |
| | ) |
| J. YOUNGE Lieutenant, | ) |
| OLASUNKANMI Sgt., | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DIRECTING ENTRY OF FINAL JUDGMENT**

The Magistrate Judge has submitted her Report and Recommendation, dkt. [45], recommending that the complaint be DISMISSED WITHOUT PREJUDICE. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation in its entirety. Defendants' second motion for extension of time to file a motion for summary judgment, dkt. [46], is **denied**.

Judgment consistent with this Order shall now issue.

**IT IS SO ORDERED.**

Dated: February 21, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

RENE VELA
998879
825 Cassopolis St
Ekhart, IN 46514

Joseph Thomas Lipps
BBFCS ATTORNEYS
jlipps@bbfcslaw.com